# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

The Association of Independent Schools of Greater Washington, et al.

**Plaintiff**

vs.   Case No: 16 cv 1778

District of Columbia, et al.

**Defendant**

## AFFIDAVIT OF SERVICE

I, Calvin Jones, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, Notice of Right to Consent to Trial before a United States Magistrate Judge, Civil Cover Sheet, Complaint, Plaintiff Motion for Preliminary Injunction, Declaration of Nancy Mellon, Declaration of Katherine Brebbia, Declaration of Lauren Wallace, Declaration of Tracy Armstrong, Declaration of Steven A. Engel, Esq. in Support of Plaintifs' Motion for Preliminary Injunction with Exhibits, Memorandum in Support of Plaintiffs' Motion for Preliminary Injunction, and Proposed Order Granting Plaintiffs' Motion for Preliminary Injunction in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 09/08/2016 at 2:07 PM, I served Hon. Muriel Bowser, Mayor, District of Columbia c/o Office of the Attorney General of the District of Columbia with the Summons, Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, Notice of Right to Consent to Trial before a United States Magistrate Judge, Civil Cover Sheet, Complaint, Plaintiff Motion for Preliminary Injunction, Declaration of Nancy Mellon, Declaration of Katherine Brebbia, Declaration of Lauren Wallace, Declaration of Tracy Armstrong, Declaration of Steven A. Engel, Esq. in Support of Plaintifs' Motion for Preliminary Injunction with Exhibits, Memorandum in Support of Plaintiffs' Motion for Preliminary Injunction, and Proposed Order Granting Plaintiffs' Motion for Preliminary Injunction at 441 4th Street, NW, 6th Floor South, Washington, DC 20001 by serving Regina Brown, Staff Assistant, authorized to accept service.

Regina Brown is described herein as:

Gender: Female   Race/Skin: Black   Age: 62   Weight: 150   Height: 5'7"   Hair: Black   Glasses: Yes

I do solemnly declare and affirm under penalty of perjury that I have read the foregoing information set forth herein is correct to the best of my knowledge, information, and belief.

9-9-16
Executed On

Calvin Jones

Client Ref Number: N/A
Job #: 1514269

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| THE ASSOCIATION OF INDEPENDENT SCHOOLS OF GREATER WASHINGTON, et al.<br><br>*Plaintiff(s)*<br>v.<br>DISTRICT OF COLUMBIA, et al<br><br>*Defendant(s)* | Civil Action No. 16 cv 1778 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Hon. Muriel Bowser
Mayor, District of Columbia
c/o Office of the Attorney General of the District of Columbia
441 4th St NW, 6th Floor South
Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Steven Engel
Dechert LLP
1900 K Street NW
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 09/07/2016

/s/ DJ Reidy
*Signature of Clerk or Deputy Clerk*