UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF INDEPENDENT SCHOOLS OF GREATER WASHINGTON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA, *et al.*,<br><br>Defendants. | Civil Action No. 16-1778 (JEB) |

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

The Parties stipulate and agree that the remaining claims involving plaintiffs' attorney's fees and costs in the above-captioned action against the defendants have been resolved and are voluntarily dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated:  January 4, 2019

/s/ May Chiang
DECHERT LLP
MAY CHIANG (1004425)
1095 Avenue of Americas
New York, N.Y. 10036
(212) 649-8734
(212) 698-0441 (fax)
May.Chiang@dechert.com

JOSHUA D. N. HESS (475841)
1900 K Street, N.W.
Washington, D.C. 20006
(202) 261-3300
(202) 261-3333(fax)
Joshua.Hess@dechert.com

SO STIPULATED BY:

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

/s/ Fernando Amarillas
FERNANDO AMARILLAS (974858)
Chief, Equity Section

/s/ Michael A. Tilghman II
MICHAEL A. TILGHMAN II (988441)
Assistant Attorney General

ARTHUR B. SPITZER (235960)
American Civil Liberties Union of the
District of Columbia
915 15th Street, N.W. - 2nd floor
Washington, D.C. 20008
(202) 457-0800
(202) 457-0805 (fax)
aspitzer@acludc.org

*Counsel for Plaintiffs*

441 Fourth Street, N.W., Suite 630
South Washington, D.C. 20001
(202) 727-6247
(202) 741-8776 (fax)
michael.tilghman@dc.gov

*Counsel for Defendants*